UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 14 2021

Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **M-21-2453** |
| § | |
| BRENDA BELINDA BARBA § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about November 29, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BRENDA BELINDA BARBA**

did fraudulently and knowingly export and send from the United States or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: a Glock 17 9mm pistol, a Glock 44 .22 caliber pistol, and four Glock pistol magazines, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### NOTICE OF FORFEITURE
### 19 U.S.C. § 1595a (d) and 28 U.S.C. § 2461

Pursuant to 19 U.S.C. § 1595a (d) and 28 U.S.C. § 2461 the United States gives notice to defendant,

**BRENDA BELINDA BARBA**

that upon conviction of a violation of 18 U.S.C. 554, as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

a Glock 17 9mm pistol with Serial Number BUGL659;

a Glock 44 .22 caliber pistol with Serial Number AFZT925;

and four (4) Glock pistol magazines

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY